MICKELBERRY'S FOOD PRODUCTS COMPANY, *Appellee,* v. PRESTON REFRIGERATION COMPANY, *Appellant.*

No. 47,367

Opinion filed November 2, 1974.

*Charles O. Thomas,* of Weeks, Thomas, Lysaught, Bingham & Mustain, Chartered, of Kansas City, argued the cause and was on the brief for the appellant.

*Jerry J. Hess,* of Overland Park, argued the cause and was on the brief for the appellee.

SCHROEDER, J. Affirmed.

THE STATE OF KANSAS, *Appellee,* v. RAYMOND C. WHEELER, *Appellant.*

No. 47,383

Opinion filed November 2, 1974.

*David M. Arnold,* of Wichita, argued the cause, and *Robert T. Cornett,* of Anderson, Clark and Cornett, of Wichita, was with him on the brief for the appellant.

*Clifford L. Bertholf,* Assistant District Attorney, argued the cause, and *Vern Miller,* Attorney General, and *Keith Sanborn,* District Attorney, were with him on the brief for the appellee.

PRAGER, J. Affirmed.

ROBERT EUGENE THOMECZEK, *Appellant,* v. THE STATE OF KANSAS, *Appellee.*

No. 47,435

Opinion filed December 7, 1974.

*Jack W. Shultz,* of Dodge City, argued the cause, and was on the brief for the appellant.

*John E. Fierro,* County Attorney, argued the cause, and was on the brief for the appellee.

*Per Curiam.* Reversed and remanded.